IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Kenmore Realty Group, LLC, | ) | Case No. 10-55868 |
| an Illinois Limited Liability Company, | ) | |
| Debtor. | ) | |
| ------------------------------------------------- | | |
| In re: Joseph Junkovic, | ) | Case No. 10-55888 |
| Debtor. | ) | |
| ------------------------------------------------- | | |
| In re:  Tom Junkovic, | ) | Case No. 10-55896 |
| Debtor. | ) | |
| ------------------------------------------------- | | |
| In re: Maria Junkovic, | ) | Case No. 10-55902 |
| Debtor. | ) | |

### NOTICE OF MOTION

TO:     ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 26th day of February, 2013 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Eugene R. Wedoff, Bankruptcy Judge, in the room usually occupied by him as courtroom 744 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Kenmore Realty Group, LLC,<br>an Illinois Limited Liability Company,<br>Debtor. | )<br>)<br>) | Case No. 10-55868 |
| In re: Joseph Junkovic,<br>Debtor. | )<br>) | Case No. 10-55888 |
| In re:  Tom Junkovic,<br>Debtor. | )<br>) | Case No. 10-55896 |
| In re: Maria Junkovic,<br>Debtor. | )<br>) | Case No. 10-55902 |

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

     The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties with an asterisk (*) on the 25th day of January 2013 and a copy of the Notice regarding the fee hearing was served upon all parties on the attached service list, on the 25th day of January, 2013.

                    /s/David K. Welch

## SERVICE LIST

**(Kenmore Realty Group, Joseph Junkovic, Maria Junkovic and Tom Junkovic)**

United States Trustee*
Dirksen Federal Building
219 South Dearborn Street
Suite 873
Chicago, IL 60604

L. Judson Todhunter *
Howard & Howard Attorneys PLLC
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604

Vincent A. Lavieri *
Gardiner Koch Weisberg & Wrona
53 W. Jackson Blvd., Suite 950
Chicago, IL 60604

Gregg Szilagyi
Tailwind Services LLC
One South Wacker Drive, #800
Chicago, IL 60606

Timothy S. McFadden
Barnes & Thornburg, LLP
One North Wacker drive, Suite 4400
Chicago, IL 60606

Colleen E. McManus
Carlson Dash LLC
216 S. Jefferson, Suite 504
Chicago, IL 60661

Andrew M. Sachs, Esq.
Robbins Salomon & Patt Ltd.
25 E. Washington St., Suite 1000
Chicago, IL 60602

William J. Factor
The Law Offices of William J. Factor
1363 Shermer Road, Suite 224
Northbrook, IL 60062

Jason T. Rodriguez

Higier Allen & Lautin, P.C.
5057 Keller Springs Road
Addison, TX 75001

Jill L. Nicholson, Esq.
Joanne Lee, Esq.
Foley & Lardner LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654

Dean R. Prober
Prober & Raphael, A Law Corporation
20750 Ventura Blvd., Suite 100
Woodland Hills, California 91364

Altman Bowker & Junkovic Partnership
5724 N Western Ave
Chicago, IL 60659

Arbor Commercial Mortgage
2801 Wehrle Drive, Suite 7
Buffalo, NY 14221

Arbor Realty SR, Inc.
c/o Colleen E. McManus, Esq.
Carlson Dash LLC
216 S. Jefferson, Suite 504
Chicago, IL 60661

BACM 2006-5 North Clinton, LLC
Alan K. Mills, Esq
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46802

BACM 2007-3 Aslip Complex, LLC
c/o James R. Irving, Esquire
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601

Bank of America
Capital Markets Servicing Group

900 W. Trade Street
Charlotte, NC 28255

Capital One, N.A.
C/O Bass & Associates, P.C.
3936 E. Ft Lowell Rd., Ste 200
Tucson, AZ 85712

Carson Pirie Scott
Payment Services
941 Corporate Center Drive
Pomona, CA 91768

Chase Home Finance LLC
7255 Baymeadows Way
Jacksonville, FL 32256

Chicago Title Land
Trust Company
4240 Paysphere Circle
Chicago, IL 60674-0042

City of Chicago
Dept. Of Revenue
8108 Innovation Way
Chicago, IL 60682-0081

Claims Resource Services
603 Campbell Technology
Campbell, CA 95008-5059

Cook County Treasurer
118 N Clark
Suite 112
Chicago, IL 60602

Department of Treasury-Internal Revenue
Service
PO Box 7346
Philadelphia, PA 19101

Department Stores National
Bank/Macy's
Bankruptcy Processing

PO Box 8053
Mason, OH 45040

Federal National Mortgage Association
c/o Jill L. Nicholson and Joanne Lee
Foley & Lardner LLP
321 N. Clark St., Ste. 2800
Chicago, IL 60654

First Midwest Bank
300 N. Hunt Club Rd.
Gurnee, IL 60031

First Midwest Bank, N.A.
300 North Hunt Club Road
Gurnee, IL 60031

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Harris Bank
50 N. Brockway Street
Second Floor
Palatine, IL 60067

Harris Bank N.A.
L Judson Todhunter
Howard & Howard Attorneys
200 S Michigan Ave., Ste 1100
Chicago, IL 60604

HSBC Bank Nevada, N.A.(BonTon)
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Indiana Investments
4127 W 127th St
Alsip, IL 60803

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JC Penney
Credit Services
PO Box 960090
Orlando, FL 32896

Joseph Mann & Creed
PO Box 22253
Beachwood, OH 44122-0253

JP Morgan Chase Bank
Royal Ridge Operations Center
14800 Frye Road
Fort Worth, TX 76155

LNR Partners, Inc.
c/o Ms. Vickie Taylor
1601 Washington Ave., Suite 700
Miami Beach, FL 33139

Macy's
PO Box 183083
Columbus, OH 43218

Maria Junkovic
4831 N Oketo
Harwood Heights, IL 60706

MFJT, LLC
c/o Burton T. Witt & Associates
20 S. Clark, Suite 1900
Chicago, IL 60602

Midwestern Equities
4127 W 127th St
Alsip, IL 60803

Mokena Corp
3048 W 119th St
Alsip, IL 60803

Old Navy

PO Box 960017
Orlando, FL 32896

Orange Lake Country Club, Inc.
8505 W. Irlo Bronson Memorial Hwy.
Kissimmee, FL 34747

Park Millennium
222 N. Columbus Drive
Chicago, IL 60601

Peter Kitchin
14343 Woodland Ave.
Orland Park, IL 60462

Republic Bank of Chicago
Loan Servicing
2221 Camden Court
Oak Brook, IL 60523

Satish Kumar Penmetsa
C/O Lynn M Richards
Po Box 19
Dekalb, IL 60115

Schmidt Salzman
& Moran Ltd.
111 West Washington St., Suite 1300
Chicago, IL 60602-2785

Somerset Park Apartments
4127 W. 127th St.
Alsip, IL 60803

Superior Properties
Po Box 597948
Chicago, IL 60659

The Alps Group
25634 S. Kingston Lane
Monee, IL 60449

The Internal Revenue Service
Cincinnati, OH 45999-0010

Tom Junkovic
423 Engel
Park Ridge, IL 60068

Wells Fargo Home Mortgage
123 N Wacker Dr
Chicago, IL 60610

Zbigniew S. Kois P.C.
7163 W. 84th Street
Burbank, IL 60459

Bank of America Home Loans
1950 N. Stemmons FWY
Dallas, TX 25422

Bank of America, N.A.
c/o Dean R. Prober, Esq.
Prober & Raphael, A Law Corporation
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364

Chuhak & Tecson, P.C.
c/o Michelle Schadler
30 S. Wacker, Suite 2600
Chicago, IL 60606-7413

CitiMortgage
1000 Techonology Drive
O Fallon, MO 63368

CitiMortgage Inc
PO Box 183040
Columbus, OH 43218

Deutsche Bank National Trust Co., et al
c/o BAC Home Loans Servicing, LP
Bk. Dept., Mail Stop: CA6-919-01-23
400 National Way
Simi Valley, CA 93065

GreenPoint Mortgage Funding, LLC

c/o Bank of America, N.A.,
Mail Stop: CA6-919-01-23
400 National Way
Simi Valley, CA 93065

Joseph Junkovic
30 E. Huron #5207
Chicago, IL 60611

Wells Fargo Bank, N.A.
c/o Pierce and Associates, PC
1 North Dearborn, Suite 1300
Chicago, IL 60602

Wells Fargo Mortgage
2701 Northwest Vaughn Street
5th Floor
Portland, OR 97210

Advocate Medical Group
701 Lee St.
Des Plaines, IL 60016

Diagnostic Imaging Assoc.
PO Box 68
Northbrook, IL 60065-0068

Home Depot Credit Service
PO Box 6029
The Lakes, NV 88901-6029

Resurrection Health Care
7435 W. Talcott Ave.
Chicago, IL 60631

RMC Energy Physicians
520 E. 22nd St.
Lombard, IL 60148

Sheridan And Perlman
350 N. LaSalle, Suite 900
Chicago, IL 60610

Volkswagen Credit
PO Box 17497
Baltimore, MD 21297-1497

Wheaton Bank
Loan Department
211 S. Wheaton Ave.
Wheaton, IL 60187

Wheaton Bank & Trust c/o
Walinski & Associates PC
25 E. Washington St., Suite 1221
Chicago, IL 60602

6011 Kenmore Associates
Po Box 597948
Chicago, IL 60659

AT&T
PO Box 9001309
Louisville, KY 40290-1309

Burr Pest Control Services
1649 Charles Street
Rockford, IL 61104

Carpet Showcase & Supplies
4420 S. Tripp Ave.
Chicago, IL 60632

Certified Window Company
C/O Vincent A Lavier
Gardiner Koch Weisberg & Wrona
53 W Jackson Blvd., Ste 950
Chicago, IL 60604

City of DeKalb
200 South Fourth Street
DeKalb, IL 60115

Coinmac Susan Kalman
PO Box 27288
New York, NY 10087-7288

ComEd
Bill Payment Center

Chicago, IL 60668-0001

Connected Computer Services
333 W. North
Suite 143
Chicago, IL 60610

Critter Control of
Northern Illinois
16362 Tower Rd
Malta, IL 60150

Dekalb County treasurer
110 E Sycamore
Sycamore, IL 60178

Delano's Home Decorating
233 North Fourth Street
DeKalb, IL 60115

Delano's Paint & Floor Covering, Inc.
d/b/a Delano's Home Decorating
c/o Richard D. Larson, P.C.
111 E. Elm St., P.O. Box 323
Sycamore, IL 60178

Deluxe Business
Checks & Solutions
PO Box 88042
Chicago, IL 60680-1042

Direct Energy Services, LLC
PO Box 1659
New York, NY 10008-1659

Don's Sewer Service Inc
PO Box 687
Worth, IL 60482

E&E Lawn Care
1673 Maness Court
Sycamore, IL 60178

Gordan Hardware Inc.
514 E. Lincoln Hwy.
DeKalb, IL 60115

Harris Bank N.A.
111 W Monroe St
Chicago, IL 60604-2401

Illinois Bell Telephone Company
% AT&T Services Inc.
James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921

Illinois Department of Revenue
Bankruptcy Unit
100 W. Randolph St., #7-400
Chicago, IL 60601

Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794-9006

Illustratus
8455 Lenexa Drive
Lenexa, KS 66214

Indiana Investments
4127 W 127th St
Alsip, IL 60803

Job 1 Fire
Protection Services Inc
13432 S. Kolmar Ave
Crestwood, IL 60445

LNR Partners Inc
c/o Ms. Vickie Taylor
1601 Washignton Ave., Suite 700
Miami Beach, FL 33139

M&R Landscaping Inc.
3704 W. 121st Place
Alsip, IL 60803

MFJT, LC
C/O Somerset Park II
3048 W 119th Street

Merrionette Park, IL 60803

Miller Shakman & Beem
180 North LaSalle St.
Suite 3600
Chicago, IL 60601

MMA of Chicago
PO Box 350113
Westminster, CO 80035-0113

Monitronics Interna
8628 Innovation Way
Chicago, IL 60682-0086

Mt. Greenwood Hardware
3124 W. 111th Street
Chicago, IL 60655

Nicor Gas
PO Box 632
Aurora, IL 60507-0632

Peach Tree
PO Box 13290
Atlanta, GA 30324

Proprint
PO Box 420247
Atlanta, GA 30342

Raincoat Roofing Systems, Inc.
1750 W. Parkes Drive
Broadview, IL 60155

Sanford Kahn, Ltd.
180 North LaSalle St.
Suite 1300
Chicago, IL 60601

Screening Reports
729 N. Route #321
Bensenville, IL 60106

Service Master
4414 W. Roosevelt Rd.
Hillside, IL 60162

Somerset Park Apartments
4127 W. 127th Street
Alsip, IL 60803

Somerset Park II
3048 W. 119th Street
Merrionette Park, IL 60803

Soto Carpet
14630 S. Palmer Ave.
Posen, IL 60469

Tel Assist
6417 W. 8th St., Suite 3
Oak Lawn, IL 60453

The Alps Group
25634 S. Kinsington Lane
Monee, IL 60449

The Sherwin Williams Co.
771 E. California Street
Dolton, IL 60419-2217

Village of Merrionette Park
11720 S. Kedzi Ave.
Merrionette Park, IL 60803

Waste Management
Billing Department
PO Box 4648
Carol Stream, IL 60197-4648

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Kenmore Realty Group, LLC, an Illinois Limited Liability Company, Debtor/Debtor-in-Possession. | ) ) ) | Case No. 10-55868 |
| In re: Joseph Junkovic, Debtor/Debtor-in-Possession. | ) ) | Case No. 10-55888 |
| In re:  Tom Junkovic, Debtor/Debtor-in-Possession. | ) ) | Case No. 10-55896 |
| In re: Maria Junkovic, Debtor/Debtor-in-Possession. | ) ) | Case No. 10-55902 |
| In re: MFJT, LLC, an Illinois Limited Liability Company, Debtor/Debtor-in-Possession. | ) ) ) | Case No.11-11819 |
| In re: Mokena Corp., an Illinois corporation, Debtor/Debtor-in-Possession. | ) ) ) | Case No. 11-11820 |
| In re: Garden Apts., LLC, an Indiana Limited Liability Company, Debtor/Debtor-in-Possession. | ) ) ) | Case No. 11-19271 |
| In re: Midwestern Equities, LLC, an Illinois Limited Liability Company Debtor/Debtor-in-Possession. | ) ) ) ) | Case No. 11-19283 Chapter 11 Cases Judge Eugene R. Wedoff |

**NOTICE OF HEARING ON MOTIONS FOR ALLOWANCE OF FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTORS' COUNSEL**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on January 25, 2013, David K. Welch and the law firm of Crane,

Heyman, Simon, Welch & Clar, counsel for the above referenced Debtors, filed Motions for Allowance of

Final Compensation and Reimbursement of Expenses (the "CHSWC Motions"),  requesting the following

attorneys' fees and expenses:

| Debtor | Fees | Expenses | Period |
|---|---|---|---|
| Kenmore Realty Group, LLC Joseph Junkovic Tom Junkovic Maria Junkovic (Combined) | $178,447.50 | $9,393.16 | 12/15/10-10/9/12 |
| MFJT, LLC | $145,838.50 | $2,266.01 | 3/16/11-10/9/12 |
| Mokena Corp. | $85,517.50 | $2,063.78 | 3/16/11-10/9/12 |
| Garden Apts., LLC | $131,248.00 | $2,765.98 | 4/27/11-10/9/12 |

1

| Midwestern Equities, LLC | $40,272.00 | $1,517.74 | 5/2/11-10/9/12 |

PLEASE TAKE FURTHER NOTICE that any person objecting to the CHSWC Motions, is directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m., on the **20th day of February, 2013**, with a copy of said objection(s) to be simultaneously served upon David K. Welch, Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the CHSWC Motions, together with objections timely filed, if any, will be held before the Honorable Eugene R. Wedoff, Bankruptcy Judge, Courtroom No. 744, 219 South Dearborn Street, Chicago, Illinois, on the **26th day of February, 2013**, at the hour of **10:00 a.m.,** at which time and place you may appear if you so see fit.

DATED: January 25, 2013

**DEBTORS' COUNSEL:**
David K. Welch, Esq. (Atty. No. 06183621)
Arthur G. Simon, Esq. (Atty. No. 03124481)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777 - FAX: (312) 641-7114
W:\GRACE\Junkovic Cases 2nd Amnd Plan\fee.CHSWC.notice.COMBINED.wpd

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Kenmore Realty Group, LLC,<br>an Illinois Limited Liability Company,<br>Debtor. | ) ) ) | Case No. 10-55868 |
| In re: Joseph Junkovic,<br>Debtor. | ) ) | Case No. 10-55888 |
| In re: Tom Junkovic,<br>Debtor. | ) ) | Case No. 10-55896 |
| In re: Maria Junkovic,<br>Debtor. | ) ) | Case No. 10-55902 |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: <u>CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtors' Counsel</u>

Authorized to Provide
Professional Services to: <u>Kenmore Realty Group LLC, Joseph Junkovic, Tom Junkovic and
Maria Junkovic</u>

Date of Orders
Authorizing Employment: <u>January 25, 2011</u> (Retroactive to December 20, 2010)

Period for Which Compensation
is Sought:  From: <u>December 15, 2010</u>  through <u>October 9, 2012</u>

Amount of Fees Sought: <u>$178,447.50</u>

Amount of Expense
Reimbursement Sought: <u>$9,393.16</u>

This is a(n):  Interim Application __    Final Application  <u>X</u>
If this is not the first Application filed herein by this professional, disclose as to all prior fee
applications:

| Date<br>Filed | Period Covered | Total<br>Requested<br>(Fees and<br>Expenses) | Total<br>Allowed |
|---|---|---|---|
| None | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses
herein is: $120,000.00 as pre-petition retainers to be applied to any final compensation allowed by this Court.

Date: January 25, 2013          Applicant:          David K. Welch and the firm
<u>Crane, Heyman, Simon, Welch & Clar</u>

By: <u>/s/David K. Welch</u>
Debtors' Counsel

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Kenmore Realty Group, LLC, | ) | Case No. 10-55868 |
| an Illinois Limited Liability Company, | ) | |
| Debtor. | ) | |
| In re: Joseph Junkovic, | ) | Case No. 10-55888 |
| Debtor. | ) | |
| In re:  Tom Junkovic, | ) | Case No. 10-55896 |
| Debtor. | ) | |
| In re: Maria Junkovic, | ) | Case No. 10-55902 |
| Debtor. | ) | |

## MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL

David K. Welch and the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC"),

Counsel to Kenmore Realty Group, LLC, Joseph Junkovic, Tom Junkoviv and Maria Junkovic[1]

Debtors herein, make their Motion pursuant to Section 330 of the Bankruptcy Code for

Allowance of Final Compensation and Reimbursement of Expenses for legal services rendered

and expenses incurred during the period December 15, 2010, through October 9, 2012; and in

support thereof, state as follows:

**Introduction**

1.    On December 20, 2010, the Debtors filed their voluntary petitions for relief under

Chapter 11 of the Bankruptcy Code ("Petition Date").

---

[1]Pursuant to Article VI, Section 6.1 of the Debtors' Second Amended Plan of Reorganization
(that was confirmed by this Court on October 17, 2012), the Debtors are "deemed" to be substantively
consolidated. As a result, CHSWC is submitting a single final fee motion.

2.    The Debtors operated their business and managed their financial affairs as Debtors-in-Possession through confirmation of the Second Amended Plan of Reorganization ("Plan"). No trustee, examiner or committee of unsecured creditors was appointed to serve in any of these reorganization cases.

3.    On January 25, 2011 this Court entered Orders authorizing the Debtors to retain CHSWC as their Counsel in these Chapter 11 cases retroactive to December 20, 2010, with compensation subject to the further Order of this Court.

4.    By this Motion, CHSWC requests an allowance of final compensation and reimbursement of expenses in the amounts of $178,447.50 and $9,393.16, respectively, for legal services rendered to the Debtors during the period December 15, 2010, through October 9, 2012. Itemizations of the legal services rendered and expenses incurred during the relevant period are attached to this Motion as **Exhibits A and B,** respectively.

5.    CHSWC has not received any prior allowances of interim compensation and expenses in these Chapter 11 cases. The pre-petition retainers in the aggregate amount of $120,000.00 received by CHSWC will be  applied by CHSWC to any  allowance of final compensation and expenses awarded by this Court.

6.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. This matter is a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A) and (O).

7.    The statutory predicates for the relief requested in this Motion are Section 330 of the Bankruptcy Code and Rules 2002(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure.

-2-

**Relevant Factual Background**

8.     These Chapter 11 cases are related to the following four (4) other Chapter 11 cases which are pending in this Court ("Related Debtors" or "Related Cases"):

| **DEBTOR** | **CASE NUMBER** | **FILING DATE** |
|---|---|---|
| MFJT, LLC | 11-11819 | 3/22/11 |
| Mokena Corp. | 11-11820 | 3/22/11 |
| Garden APTS., LLC | 11-19271 | 5/5/11 |
| Midwestern Equities, LLC | 11-19283 | 5/5/11 |

9.     The Debtors are owners and co-owners of several parcels of real estate as well as an owners and co-owners of several companies that own real estate.

10.     One of the properties co-owned by Joseph Junkovic, Tom Junkovic and Maria Junkovic is the property commonly known as "College Square Apartments" ("College Square"). College Square is located in DeKalb, Illinois and is comprised of 163 units that primarily serve as off-campus rental housing for students at Northern Illinois University. Kenmore Realty Group, LLC ("Kenmore") is an entity owned and controlled by Joseph Junkovic, Tom Junkovic and Maria Junkovic, and may also have an interest in College Square.

11.     As of the Petition Date, Harris Bank, N.A. ("Harris") was the holder of a first mortgage against College Square that secured a senior mortgage indebtedness in an amount in excess of $7,200,000.00.

12.     Prior to the filing of these Chapter 11 cases, Harris commenced a mortgage foreclosure action against the Debtors and College Square in the Circuit Court For The 16th Judicial Circuit, DeKalb County, Illinois ("Foreclosure Case").

-3-

13.    Harris obtained an Order in the Foreclosure Case directing the appointment of a Receiver for College Square.

14.    After the filing of these Chapter 11 cases and with the agreement of the Debtors, this Court entered an Agreed Order excusing the Receiver from his obligation to turn over College Square to the Debtors as required by Section 543 of the Bankruptcy Code.

15.    Certified Window Company ("Certified") furnished and installed new windows at College Square before the filing of these Chapter 11 cases and, as a result, Certified was asserting a claim against the Debtors as of the Petition Date in the amount of $67,500.00.

16.    Certified further asserts that it has recorded a mechanics lien against College Square to secure the amounts allegedly due from the Debtors.

17.    On August 8, 2011, this Court entered an Order approving certain procedures relating to an auction of College Square ("Procedures Order").

18.    Pursuant to the Procedures Order, the Debtors conducted an auction of College Square on September 19, 2011. At the conclusion of the auction, Granite Investment Properties, Inc. ("Granite") was the successful bidder for College Square for the all cash sum of $5,650,000.00.

19.    Thereafter, on September 20, 2011, this Court entered an Order approving the sale of College Square to Granite free and clear of any and all liens, claims and encumbrances with liens, claims and encumbrances to attach to the proceeds of sale ("Sale Order").

20.    The sale of College Square to Granite closed on October 13, 2011.

-4-

After payment of closing costs and other permitted charges, Kenmore received $5,318,610.13 in net proceeds from the sale of College Square ("Net Proceeds"). All Net Proceeds were paid to Harris, Certified and other secured creditors pursuant to Orders of this Court.

21.    On September 30, 2011, the Debtors filed a Joint Plan of Reorganization and supporting Joint Disclosure Statement with the Related Debtors. Thereafter, on December 19, 2011, the Debtors filed a First Amended Joint Plan of Reorganization and First Amended Disclosure Statement with the Related Debtors. Finally, on September 6, 2012, the Debtors filed a Second Amended Plan of Reorganization ("Plan") and Second Amended Disclosure Statement ("Disclosure Statement").

22.    Under the Plan, the Debtors and the Related Debtors proposed a joint reorganization that provided for, among other things, the substantive consolidation of the Debtors and Related Debtors for Plan purposes. Several creditors originally objected to confirmation of the Plan. Eventually, all such objections were settled and resolved.

23.    On December 20, 2011, this Court entered an Order pursuant to Section 1125 of the Bankruptcy Code approving the Disclosure Statement. On October 17, 2012, this Court entered an order confirming the Plan.

24.    Other events occurred during the course of this Chapter 11 case which are detailed later in this Motion.

**Final Compensation
and Expenses Requested**

25.    CHSWC is a law firm whose practice is almost exclusively concentrated in

the fields of bankruptcy, reorganization and insolvency. CHSWC is comprised of five (5)

members, one (1) associate and two (2) "of counsel" attorneys, some of whom have participated

in representing the Debtor in this bankruptcy case.

26.    The following is biographical information pertaining to those attorneys who

have been primarily involved in the representation of the Debtor. Other attorneys at CHSWC

have also participated to a lesser extent in this Chapter 11 case. Each such attorney has

significant experience and expertise in bankruptcy, reorganization and litigation matters.

27.    DAVID K. WELCH is a member of the law firm and has been practicing

law in the State of Illinois since 1982. His practice has always been primarily concentrated in

the fields of bankruptcy, insolvency and debtor's and creditor's rights. He has represented

debtors, trustees, creditors' committees, secured creditors, unsecured creditors and equity

holders. From October, 1979, through June, 1982, he served as Deputy Chapter 13 Trustee in

the Northern District of Illinois under Craig Phelps, Chapter 13 Trustee. He has authored

manuscripts for the Illinois Institute of Continuing Legal Education on matters involving

bankruptcy and insolvency. He has lectured at seminars relating to bankruptcy issues at the

Chicago Bar Association. He has served as a member of the Bankruptcy Mediation Panel Sub-

Committee of the Chicago Bar Association. Furthermore, in conjunction with his financial

mediation and negotiation training, he has completed a course sponsored by the National

Institute for Trial Advocacy in conjunction with Northwestern University. He is a member of

the Federal Trial Bar and is admitted to practice before the United States Courts of Appeals for

the Seventh and Third Circuits, and before the United States District Courts for the Northern and

Central Districts of Illinois, the Northern District of Indiana and the Eastern District of

Wisconsin. He is a member of several other bar associations and legal organizations. He was formerly a member of the Standing Committee of the Illinois State Bar Association on Liaison with the Attorney Registration and Disciplinary Commission. Mr. Welch is the former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization, is a former member of the Advisory Board of the American Bankruptcy Institute, and is the former Vice Chair of the Bankruptcy Court Liaison Committee.

28.    ARTHUR G. SIMON is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been practicing law since 1979 when he graduated from the Loyola University of Chicago, School of Law. Mr. Simon has been admitted to practice law in the state courts of Illinois, in the United States Court of Appeals for the Seventh Circuit, and in the United States District Courts for the Northern and Central Districts of Illinois, the Eastern District of Wisconsin and the Northern District of Indiana. He is a member of the Federal Trial Bar.

Beginning in 1981, he became engaged almost exclusively in the practice of bankruptcy and insolvency litigation and has represented virtually every type of party in such matters, including Chapter 7 and Chapter 11 debtors, secured creditors, landlords, trustees, and creditors' committees. His activities have included membership in the Chicago Bar Association Committee on Bankruptcy and Reorganization. He has served as the Editor of the Advance Sheets provided by said Committee. In that capacity, he reported the rulings and opinions of the Bankruptcy Judges in the Northern District of Illinois to the Bankruptcy Committee members of the Chicago Bar Association. He served for several years on the Commercial, Banking and

-7-

Bankruptcy Section Council of the Illinois State Bar Association for whom he has published

several articles, and also served on the General Assembly of that Association.

29.     SCOTT R. CLAR is a member of the law firm of Crane, Heyman, Simon, Welch

& Clar, and has been a practicing attorney in the State of Illinois since 1982. He has been

primarily responsible for the representation of the Debtor in this case. From January, 1985,

through September, 1986, he was employed as a staff attorney with the United States Trustee's

Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as

well as supervised Chapter 7 panel trustees. From September, 1986, through December, 1987,

he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice

in the areas of bankruptcy and insolvency related matters. In January 1988, he became

associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC, and became a

partner in 1994. His practice is concentrated in the field of bankruptcy, having represented

Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and various

creditors. Mr. Clar has been a panel member and a moderator for several bar association-

sponsored bankruptcy seminars. He is a member of the Federal Trial Bar. He is a former

Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

30.     JEFFREY C. DAN is a member of the law firm and has been practicing law in the

State of Illinois since 1997. He graduated from DePaul University School of Law. He has

practiced as a trial attorney in a number of areas of the law including personal injury, domestic

relations, criminal law and commercial litigation. Mr. Dan joined the firm in September of 2002

and has been actively involved in all aspects of bankruptcy litigation as well as State Court

litigation that arises in insolvency matters. Mr. Dan is admitted to practice in the United States

Court of Appeals for the Seventh Circuit and the Third Circuit, and the United States District

Courts for the Northern and Central Districts of Illinois, Northern District of Indiana, and the

Eastern District of Wisconsin, and is a member of the Federal Trial Bar.

31.     The hourly rates usually charged by CHSWC in matters of this nature are

as follows:

| Attorney | Hourly Rates |
|---|---|
| Eugene Crane (EC)[2] | $495.00 |
| Glenn R. Heyman (GRH) | $495.00 |
| Arthur G. Simon (AGS) | $480.00 |
| David K. Welch (DKW) | $480.00 |
| Scott R. Clar (SRC) | $480.00 |
| Jeffrey C. Dan (JCD) | $405.00 |
| John H. Redfield (JHR) | $380.00 |
| Thomas W. Goedert | $425.00 |

32.     The following is a chart that depicts the total hours that each attorney at

CHSWC expended in representing the Debtors during the relevant period:

| Attorney | Hours | Amount |
|---|---|---|
| Arthur G. Simon | 70.80 | $ 33,984.00 |
| Eugene Crane | 5.00 | $ 2,475.00 |
| David K. Welch | 266.70 | $128,016.00 |
| Jeffrey C. Dan | 34.50 | $ 13,972.50 |
| **Total** | **377.00** | **$178,447.50** |

33.     During the course of the representation of the Debtors during the relevant

period, CHSWC incurred expenses of $9,393.16.  These expenses are itemized on **Exhibit B** to

this Motion.

---

[2] These are the abbreviations utilized in the Exhibits to this Motion.

**Legal Services Rendered to the Debtors**

34.    The representation of the Debtors is categorized in this Motion as follows:

A.    **General Administration**
The matters in this category include assisting the Debtors with the
general administration of these bankruptcy cases and the Debtors'
business operations and financial affairs, filing routine motions and
filing professionals' fee applications and retention motions.  Also
included in this category are legal services related to the
preparation of bankruptcy schedules, continued utility service at
the various properties and assisting the Debtors with their  monthly
operating reports and responding to general creditor inquiries.

**Total Time Expended**                                    **66.90 hours**

| Attorney | Hours | Amount |
|----------|-------|--------|
| Arthur G. Simon | 20.00 | $ 9,600.00 |
| Eugene Crane | 4.30 | $ 2,128.50 |
| David K. Welch | 39.90 | $19,152.00 |
| Jeffrey C. Dan | 2.70 | $ 1,093.50 |
| **TOTAL** | **66.90** | **$31,974.00** |

Attached to this Motion as **Exhibit C** is an itemization of the legal services rendered in this
category.

B)    **Chapter 11 Filing**

The preparation and organization implemented by CHSWC
to accomplish the filing of these Chapter 11 cases required more
than the typical effort associated with the commencement of a
reorganization proceeding.  CHSWC was able to complete the
filing of these Chapter 11 cases swiftly and efficiently.

**Total Time Expended**                                    **13.90 hours**

| Attorney | Hours | Amount |
|----------|-------|--------|
| Arthur G. Simon | 1.80 | $ 864.00 |
| David K. Welch | 11.10 | $5,328.00 |
| Jeffrey C. Dan | 1.0 | $ 405.00 |
| **TOTAL** | **13.90** | **$6,597.00** |

-10-

Attached to this Motion as **Exhibit D** is an itemization of the legal services rendered in this category.

C)   **Property Issues**

CHSWC assisted the Debtors with various issues relating to the properties which are typical in real estate cases. These issues involved several landlord/tenant matters, real estate taxes, insurance, maintenance of the real estate and capital improvements for the real estate.

**Total Time Expended**                                   **30.90 hours**

| Attorney | Hours | Amount |
|---|---|---|
| Eugene Crane | .70 | $    346.50 |
| David K. Welch | 30.00 | $14,400.00 |
| Jeffrey C. Dan | .20 | $     81.00 |
| **TOTAL** | **30.90** | **$14,827.50** |

Attached to this Motion as **Exhibit E** is an itemization of the legal services rendered in this category.

D)   **Harris Bank/College Square**

The key aspect of these Chapter 11 cases was the consensual public auction of College Square. With the cooperation of Harris and Certified, the Debtors were able to sell College Square at public auction for a sale price of $5,650,000.00. This amount exceeded all expectations and provided the foundation for the Plan.

**Total Time Expended**                                   **137.30 hours**

| Attorney | Hours | Amount |
|---|---|---|
| Arthur G. Simon | 10.60 | $ 5,088.00 |
| David K. Welch | 98.60 | $47,328.00 |
| Jeffrey C. Dan | 28.10 | $11,380.50 |
| **TOTAL** | **137.30** | **$63,796.50** |

Attached to this Motion as **Exhibit F** is an itemization of the legal services rendered in this category.

-11-

E)    **Chapter 11 Exit Strategy**

The Debtors promptly filed their original Plan of
Reorganization and supporting Disclosure Statement.
Thereafter, the Debtors filed the First Amended Plan of
Reorganization and First Amended Disclosure Statement
followed by the Second Amended Plan of Reorganization
which were supported by numerous creditor constituencies.
However, other creditors objected to the Plan. The Plan had
several unique provisions including substantive consolidation
and property surrenders.  Eventually, all Plan objections were
settled and resolved. This Court approved the Amended
Disclosure Statement and confirmed the Plan.

| Total Time Expended | | 109.90 hours |
|---|---|---|
| Attorney | Hours | Amount |
| Arthur G. Simon | 36.10 | $17,328.00 |
| David K. Welch | 71.30 | $34,224.00 |
| Jeffrey C. Dan | 2.50 | $ 1,012.50 |
| **TOTAL** | **109.90** | **$52,564.50** |

Attached to this Motion as **Exhibit G** is an itemization of the legal services rendered in this
category.

F)    **Arbor Mezzanine Loan**

Arbor Realty Sr, Inc. ("Arbor") made a mezzanine loan to
Indiana Equity Investments, LLC to facilitate the acquisition of
Brendonwood Apartments and Autumnwoods Apartments.
Joseph Junkovic, Tom Junkovic and Maria Junkovic
("Individual Debtors") guaranteed the Arbor mezzanine loan.
Arbor sought discovery of the Individual Debtors under Rule
2004 of the Federal Rules of Bankruptcy Procedure. CHSWC
assisted the Individual Debtors with their discovery responses
and depositions.  Thereafter, Arbor sought relief from the automatic
stay as to the Individual Debtors.  Such stay relief was denied.
CHSWC represented the Individual Debtors with respect to this litigation.

| Total Time Expended | 18.10 hours |
|---|---|

-12-

| Attorney | Hours | Amount |
|----------|-------|--------|
| Arthur G. Simon | 2.30 | $1,104.00 |
| David K. Welch | 15.80 | $7,584.00 |
| **TOTAL** | **18.10** | **$8,688.00** |

Attached to this Motion as **Exhibit H** is an itemization of the legal services rendered in this category.

**Conclusion**

35.    Other than as provided in Section 504(b) of the Bankruptcy Code,

CHSWC  has not shared, nor agreed to share, any compensation received as a result of this case

with any person, firm or entity.

36.    CHSWC asserts that the compensation requested in this Motion is

reasonable compensation for the actual and necessary legal services rendered based upon the

time, nature, extent and value of such professional services.  CHSWC further asserts that the cost

of legal services rendered for and on behalf of the Debtors is comparable to the cost of similar

services in matters other than under the Bankruptcy Code.

37.    CHSWC asserts that the expenses for which reimbursement is sought in

this Motion are reasonable and were actual and necessary expenditures required in the

representation of the Debtors.

38.    CHSWC submits that the compensation and expenses requested are fair,

reasonable and warranted under the circumstances.

-13-

WHEREFORE, DAVID K. WELCH and the law firm of CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtors' Counsel, pray for the entry of an Order allowing final compensation and reimbursement of expenses in the amounts of $178,447.50 and $9,393.16, respectively; and granting such other relief as may be just and appropriate.

Respectfully Submitted,

DAVID K. WELCH, and the law firm of CRANE, HEYMAN, SIMON, WELCH & CLAR

By:    /s/David K. Welch

**DEBTORS' COUNSEL**:
David K. Welch, Esq.(Atty. No. 06183621)
Arthur G. Simon, Esq. (Atty. No. 03124481)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777 - FAX: (312) 641-7114
W:\GRACE\Junkovic Cases 2nd Amnd Plan\Kenmore-Pay CHSWC.No.1.mot.wpd

-14-